DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
(520) 322-5000

Gary F. Urman (AZ # 11748)
gurman@dmyl.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Acadia Insurance Company, an Iowa corporation, | NO.  2:22-cv-01376-SPL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| A.S.A.P. Door Repair & Service, Inc., an Arizona corporation, | |
| Defendant. | |

Plaintiff Acadia Insurance Company, by and through its undersigned counsel, in response to the Court's order to Show Cause dated November 10, 2022 (Doc. 12), hereby gives notice that the case has settled.  Plaintiff anticipates that the settlement will be documented and performed, and a notice of dismissal will be filed, within the next 30 days.

DATED this 15th day of November, 2022.

DeConcini McDonald Yetwin & Lacy, P.C.

By: /s/ Gary F. Urman
Gary F. Urman
2525 E. Broadway Blvd., Suite 200
Tucson, AZ 85716-5300
Attorneys for Plaintiff