IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Acadia Insurance Company,<br><br>   Plaintiff,<br>vs.<br><br>A.S.A.P. Door Repair & Service Incorporated,<br><br>   Defendant. | No. CV-22-01376-PHX-SPL<br><br>**ORDER** |

No request to reset this matter on the Court's calendar or a stipulation to dismiss having been filed, in accordance with the Court's November 16, 2022 Order (Doc. 14),

**IT IS ORDERED** that this action is **dismissed with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **terminate** this action.

Dated this 16th day of December, 2022.

Honorable Steven P. Logan
United States District Judge